# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00421-PAB-NYW

Terrell Frederick, an individual on his own behalf,

and on behalf of LF, his minor child,

    Plaintiff,

v.

Phantom Partners, LLC,

    Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Terrell Frederick, on his own behalf, and on behalf of LF, his minor child, hereby voluntarily dismisses this action without prejudice.

    Respectfully submitted on this 1st day of June, 2017.

    s/ Jeff Emberton
    **Jeff Emberton**
    Colorado Legal Counsel, LLC
    PO Box 2309
    Boulder, CO 80306
    720-943-7530
    Email: jeff@adacivilrights.com
    *Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and emailed the foregoing document to the following:

Maxie J. Hohnstein, Attorney at Law
Sparks Willson Borges Brandt & Johnson, P.C.
24 South Weber Street, Suite 400
Colorado Springs, CO 80903
Tel: 719.634.5700 | Fax: 719.633.8477
mjh@sparkswillson.com | www.sparkswillson.com
*Attorney for Defendant*