IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00421-PAB-NYW

Terrell Frederick, an individual on his own behalf,
and on behalf of LF, his minor child,

    Plaintiff,

v.

Phantom Partners, LLC,

    Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Terrell Frederick, an individual on his own behalf, and on behalf of LF, his minor child, hereby voluntarily dismisses this action **with prejudice**.

Respectfully submitted this 7th day of June 2017.

                                                s/   Jeff Emberton  
                                                **Jeff Emberton**  
                                                 Colorado Legal Counsel, LLC  
                                                 PO Box 2309  
                                                 Boulder, CO 80306  
                                                 720-943-7530  
                                                 Email: jeff@adacivilrights.com  
                                                 *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Maxie J. Hohnstein  
**Sparks Willson Borges Brandt & Johnson, P.C.**  
24 South Weber Street, Suite 400  
Colorado Springs, CO 80903  
mjh@sparkswillson.com  
*Attorney for Defendant*